FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 06 2026
ERIK PALTROW
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 26cr 5184 KWR |
| | ) | |
| vs. | ) | 52 U.S.C. § 20511(2)(B): Fraudulent |
| | ) | Voting. |
| **PATRICK PEREA,** | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

Between on or about October 15, 2024, and October 16, 2024, in Bernalillo County, in the District of New Mexico, the defendant, **PATRICK PEREA**, knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of New Mexico of a fair and impartially conducted election process by the casting of a ballot that was known by him to be materially false, fictitious, and fraudulent under the laws of the State in which the election was held, that is, the defendant submitted and caused to be submitted a ballot in the name of L.P. to the Bernalillo County Clerk's Office Bureau of Elections.

In violation of 52 U.S.C. § 20511(2)(B).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney