FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.

PATRICK PEREA

*Defendant*

Case No. 26cr5184 KWR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Patrick Hughes Perea, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 52 U.S.C. § 20511(2)(B): Fraudulent Voting.

Date: 10/06/2026

Fernando Solano
*Issuing officer's signature*

City and state: Albuquerque, NM

Erik Paltrow, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/8/2026, and the person was arrested on *(date)* 10/9/2026 at *(city and state)* Albuquerque, NM.

Date: 10/9/2026

Stephen Kudlaty
*Arresting officer's signature*

Stephen Kudlaty, Special Agent
*Printed name and title*